# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**SUSAN M. SMALLEY, ESQ.**
CHIEF U.S. PROBATION OFFICER

**THOMAS A. LEAKAN**
SUPERVISING U.S. PROBATION OFFICER

**SHARON O'BRIEN**
SUPERVISING U.S. PROBATION OFFICER

401 MARKET STREET
1ST FLOOR
CAMDEN, NJ
(856) 757-5043
FAX: (856) 757-5302

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

April 4, 2019

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 09 2019 ★
BROOKLYN OFFICE

George Zappola
22-24 West Front Street
Apartment 201
Red Bank, New Jersey 07701

Re: **Termination of Supervision**

Dear Mr. Zappola:

On March 2, 2019, your supervised release term expired. You are still obligated as ordered by the Court, to pay your fine balance in full. Please forward all future payments (coupons enclosed) to the following address:

**OFFICE OF THE CLERK
U.S. DISTRICT COURT
FINANCE DEPARTMENT
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201**

You will also find enclosed a booklet entitled "Restore Your Right to Vote in New Jersey", for your review and reference.

We hope you benefitted from the period of supervision and wish you success in the future. Do not hesitate to contact this office if you have any questions.

Very truly yours,

Carolyn M. Stevens
Senior U.S. Probation Officer

CMS/plb
Enclosures
cc: Clerk's Office, ED/NY

For any questions, concerns, or additional coupons contact the Camden U.S. Probation Office at Phone Number: (856) 757-5043.

# *PAYMENT COUPON*
# *FOR SPECIAL ASSESSMENT, FINE & RESTITUTION*

**MAKE ALL MONEY ORDERS/CERTIFIED BANK CHECKS PAYABLE TO: CLERK, U.S. DISTRICT COURT**

| PRINT NAME | DOCKET NUMBER |
|---|---|
| GEORGE ZAPPOLA | 1:96CR00428-001 |

| PRINT ADDRESS | PHONE NO. |
|---|---|
|  |  |

| PAYMENT TO BE APPLIED TO: (S/A, FINE, RESTITUTION) | AMOUNT OF PAYMENT AND DATE |
|---|---|
|  |  |

# MAIL PAYMENTS TO:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
ATTN: FINANCE DEPARTMENT
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201
PHONE NUMBER: (718) 613-2600

U.S. COURTS
U.S. PROBATION OFFICE
50 WALNUT STREET - RM. 1001
NEWARK, NEW JERSEY 07102-3506

**OFFICIAL BUSINESS**

NEOPOST  FIRST-CLASS MAIL
04/04/2019
US POSTAGE $000.50

ZIP 08101
041M11292214

OFFICE OF THE CLERK
U.S. DISTRICT COURT
ATTN: FINANCE DEPARTMENT
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

